# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **MERLE and PAULA ABRAMS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:03-cv-428 |
| | ) | (Phillips/Guyton) |
| **FIRST TENNESSEE BANK NATIONAL ASSOCIATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon plaintiffs' motion for clarification [Doc. 340]. Particularly, plaintiffs request clarification regarding the current deadlines for filing responses and replies to dispositive motions. Responses to dispositive motions are due on or before June 30, 2006, and the replies to the responses are due on are before July 14, 2006.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge