IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

MERLE and PAULA ABRAMS, et al.,

    Plaintiffs,

v.

FIRST TENNESSEE BANK NATIONAL ASSOCIATION, et al.,

    Defendants.

No.3:03-CV-428
Judge Phillips

JURY DEMAND

### (PROPOSED) ORDER OF DISMISSAL OF PLAINTIFFS' CLAIMS AS TO GUARANTY RESIDENTIAL LENDING, NATIONAL CITY MORTGAGE COMPANY AND HOMECOMINGS FINANCIAL NETWORK

Upon Motion of the Plaintiffs to dismiss their claims as to Guaranty Residential Lending, National City Mortgage Company and Homecomings Financial Network pursuant to Rule 41 of the *Federal Rules of Civil Procedure* and for good cause shown, it is

ORDERED that the Plaintiffs' claims against Guaranty Residential Lending, National City Mortgage Company and Homecomings Financial Network are hereby dismissed with prejudice to the refiling.

Enter this the ___1st___ day of ___JUNE___, 2006.

                                                              /s/ Thomas H. Phillips
                                                              JUDGE

s/Brent R. Watson
BRENT R. WATSON, BPR#010154
Attorney for Plaintiffs
BUNSTINE, WATSON & McELROY
800 S. Gay Street, Suite 2001
Knoxville, Tennessee 37929
(865) 523-3022

1

## CERTIFICATE OF SERVICE

    I hereby certify that on the 10th day of May, 2006, a copy of the foregoing Proposed Order Of Dismissal Of Plaintiffs' Claims As To Guaranty Residential Lending, National City Mortgage Company and Homecomings Financial Network was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                                                     s/Brent R. Watson