# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **MERLE and PAULA ABRAMS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 3:03-CV-428 |
| ) | (Phillips) |
| **FIRST TENNESSEE BANK NATIONAL** ) | |
| **ASSOCIATION, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## ORDER OF DISMISSAL

This matter is before the Court upon motion of defendants Jimmy C. Ellison and Ellison Surveying, LLC to dismiss any remaining claims against them [Doc. 228]. These defendants state that all claims that would pertain to them have been previously remanded to the state court by this Court's memorandum opinion and order of June 28, 2004. Defendants assert that in order to eliminate any confusion as to whether they are parties to the action currently before this Court, an entry of an order dismissing any and all remaining claims against them is necessary. There have been no responses to defendants' motion.

As to any remaining claims against these defendants, if no opposition to defendants' motion is received on or before September 6, 2006, defendants' motion [Doc. 228] will be granted.

                                                                             **ENTER:**
                                                                             s/ Thomas W. Phillips
                                                                             United States District Judge