**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| **MERLE and PAULA ABRAMS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **No. 3:03-CV-428** |
| | ) | **(Phillips)** |
| **FIRST TENNESSEE BANK NATIONAL** | ) | |
| **ASSOCIATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER OF DISMISSAL

This matter is before the Court upon plaintiffs' motion for voluntary dismissal [Doc. 277]. Plaintiffs, Paul Barnes, Michael Smith, and Sherry Smith, pursuant to FRCP 41(a), request to be voluntarily dismissed from this cause without prejudice. For good cause stated, plaintiffs' motion for voluntary dismissal [Doc. 277] is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

s/ Thomas W. Phillips
United States District Judge