# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **MERLE and PAULA ABRAMS, et al.,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:03-CV-428 |
| | ) | (Phillips) |
| **FIRST TENNESSEE BANK NATIONAL ASSOCIATION, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon motion of defendants Jimmy C. Ellison and Ellison Surveying, LLC to dismiss any remaining claims against them [Doc. 228]. These defendants state that all claims that would pertain to them have been previously remanded to the state court by this Court's memorandum opinion and order of June 28, 2004. Defendants assert that in order to eliminate any confusion as to whether they are parties to the action currently before this Court, an entry of an order dismissing any and all remaining claims against them is necessary. Parties were given a deadline of September 6, 2006 to oppose the defendant's motion. There have been no responses to defendants' motion. Accordingly, defendants' motion [Doc. 228] is **GRANTED**.

**IT IS SO ORDERED.**

        **ENTER:**
        s/ Thomas W. Phillips
        United States District Judge