# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| MERLE and PAULA ABRAMS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:03-CV-428 |
| | ) | (Phillips) |
| FIRST TENNESSEE BANK NATIONAL ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This matter is before the Court upon motion of defendants, Charles Milstead, Wes Milstead, Michael Snyder, and Milsteads Apprisal Service ("Milstead defendants"), to dismiss any remaining claims against them [Doc. 430]. These defendants state that all claims that would pertain to them have been previously remanded to the state court or dismissed without prejudice. The Milstead defendants assert that in order to eliminate any confusion as to whether they are parties to the action currently before this Court, an entry of an order dismissing any and all remaining claims against them is necessary. No objections or responses to the motion have been filed. For good cause, the Milstead defendants' motion to dismiss any remaining claims [Doc. 430] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:
s/ Thomas W. Phillips
United States District Judge