# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **MERLE and PAULA ABRAMS**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:03-CV-428 |
| ) | Phillips/Guyton |
| ) | |
| **FIRST TENNESSEE BANK, N.A.,** *et al.,* ) | |
| ) | |
| Defendants. ) | |

## ORDER

This matter is before the Court upon motion of First Tennessee Bank National Association and First Horizon Home Loan Corp. ("First Tennessee Defendants") for leave to file a supplemental memorandum of law in support of their motion for summary judgment [Doc. 450], plaintiffs' motion for clarification [Doc. 451], and First Tennessee Defendants' motion to accept supplemental memorandum filed in excess of page limit [Doc. 453]. The First Tennessee Defendants submit that the supplemental memorandum discusses a significant case recently discovered by the First Tennessee Defendants that is necessary and appropriate for the Court's consideration. Plaintiffs oppose defendants' motion. For good cause stated, First Tennessee Defendants' motion for leave to file supplemental brief [Doc. 450] and First Tennessee Defendants' motion to accept supplemental memorandum filed in excess of page limit [Doc. 451] are **GRANTED**.

Defendants are **DIRECTED** to file their supplemental memorandum. Any response

to the supplemental brief shall be filed within five days after service of the supplemental brief. As to requested guidance regarding the method in which to respond to defendants' supplemental memorandum, the Court is not at liberty to advise but merely states that the plaintiffs shall respond in accordance with applicable rules and law.

**IT IS SO ORDERED.**

**ENTER:**

      s/ Thomas W. Phillips
United States District Judge