**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE**

**MERLE AND PAULA ABRAMS,** *et al.,*               )
                                                    )
    **Plaintiffs,**                               )
                                                    )
**v.**                                              )    No. 3:03-CV-428
                                                    )    (Phillips/Guyton)
**FIRST TENNESSEE BANK**                            )
**NATIONAL ASSOCIATION,** *et al.,*                 )
                                                    )
    **Defendants.**                               )

## JUDGEMENT ORDER

This case came before the Court on summary judgment motions filed by defendants, decision in memorandum and order [Doc. 481] entered March 5, 2007, the plaintiffs' response to the Court's order to show cause, and the hearing held on April 23, 2007. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the issues,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs take nothing, that the action be **DISMISSED WITH PREJUDICE** on the merits, and that the defendants recover of the plaintiffs their costs of action.

Dated at Knoxville, Tennessee, this _____ day of_____, 2007.

                                                                                   _____
                                                                                   s/ Patricia L. McNutt
                                                                                   Clerk of Court