# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **MERLE AND PAULA ABRAMS**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 3:03-cv-428 |
| ) | (Phillips) |
| **FIRST TENNESSEE BANK, N.A.**, *et al.*, ) | |
| ) | |
| Defendants ) | |

## JUDGMENT ON ORDER OF THE COURT

This case is before the court on defendants First Tennessee Bank National Association and First Horizon Home Loan Corporation's motion to enforce judgment compelling payment of court costs by plaintiffs [Doc. 496]. The Clerk of Court having taxed costs of $42,202.80 on plaintiffs [Doc. 495] and there being no objection thereto,

**IT IS ORDERED AND ADJUDGED** that the defendants First Tennessee Bank National Association and First Horizon Home Loan Corporation are **AWARDED** costs of $42,202.80 to be paid by the plaintiffs.

Dated at Knoxville, Tennessee this 7th day of April, 2008.

**IT IS SO ORDERED**.

**ENTER:**

　　　　　　　　s/ Thomas W. Phillips
　　　　　　　United States District Judge